IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                         CASE NO. 4:08CR00052-2 JMM

KENDRA SHAKEDA WILLIAMS

ORDER

The government's Motion to Dismiss Without Prejudice is granted (#27).  The February 6, 2008 Indictment as to defendant Kendra Shakeda Williams is dismissed without prejudice.

IT IS SO ORDERED this  20   day of June, 2008.

James M. Moody
United States District Judge